## PAUL BOOK CO. v. RINGSDORF.

The order appealed from will be affirmed where neither party files a brief.

(Opinion filed, March 8, 1911.)

Appeal from Circuit Court, Hyde County. Hon. LYMAN T. BOUCHER, Judge.

Action by the Paul Book Company against W. M. Ringsdorf. From an adverse order, plaintiff appeals. Affirmed.

*L. E. Whitcher,* for appellant. *M. C. Cunningham,* for respondent.

McCOY, J. This is an appeal from an order of the circuit court denying a motion to dismiss an appeal from the justice court to the circuit court. Neither party has filed a brief in this court. Under the rule well established by numerous decisions, where neither party files a brief, the order appealed from will be and is hereby affirmed.